IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, Petitioner, v. **FULLY ACCOUNTABLE, LLC,** Respondent. | Misc. No. 5:18mc54 JUDGE SARA LIOI Magistrate Judge George J. Limbert |

**FEDERAL TRADE COMMISSION'S
NOTICE OF UNAVAILABILITY OF COUNSEL**

The Federal Trade Commission respectfully notifies the Court that counsel Burke W. Kappler will be unavailable from July 18, 2018 through August 1, 2018 due to prearranged travel commitments. Mr. Kappler will return to the office and resume availability on August 2, 2018.

[The remainder of this page intentionally left blank.]

        Respectfully submitted,

        ALDEN F. ABBOTT
        General Counsel

        LESLIE RICE MELMAN
        Assistant General Counsel for Litigation

        */s/ Burke W. Kappler*
        BURKE W. KAPPLER
        Attorney

        FEDERAL TRADE COMMISSION
        600 Pennsylvania Ave., N.W.
        Washington, DC 20580
        Tel.: (202) 326-2043
        Fax: (202) 326-2477
Dated:  July 3, 2018.        Email: bkappler@ftc.gov

**Certificate of Service**

I hereby certify that on July 3, 2018, I served the foregoing Notice of Unavailability of Counsel by filing it with the CM/ECF system for the Northern District of Ohio, which provides a notification to all counsel appearing in this matter.

I further certify that I served this Notice upon Rachel Scava, Esq., counsel for Respondent Fully Accountable, LLC, by e-mail to:

rachel.scava@fullyaccountable.com.

*/s/ Burke W. Kappler*
BURKE W. KAPPLER