IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br>Petitioner,<br><br>v.<br><br>**FULLY ACCOUNTABLE, LLC,**<br>Respondent. | Misc. No.  5:18mc54<br><br>JUDGE SARA LIOI<br>Magistrate Judge George J. Limbert |

## ORDER

Pursuant to the authority conferred by Section 20 of the Federal Trade Commission Act (FTC Act), 15 U.S.C. § 57b-1, Petitioner, the Federal Trade Commission, has invoked the aid of this Court to enforce a September 21, 2017, civil investigative demand (CID) issued to Respondent Fully Accountable, LLC and to order Respondent to comply with the CID within 10 days.

The Court has considered the Commission's unopposed Petition to Enforce Civil Investigative Demand and the papers filed in support thereof, as well as the respective positions of the parties at the show cause hearing held before Magistrate Judge George J. Limbert on August 9, 2018.  The Court finds that Petitioner has shown good cause for the entry of this Order and, further, that Respondent consents to such entry.  The Court hereby adopts the reasoning in the FTC's Memorandum of Points and Authorities in Support of Petition to Enforce Civil Investigative Demand [Doc. 1-8 at 3-7] and orders as follows:

- 2 -

**IT IS HEREBY ORDERED** that Petitioner FTC's September 21, 2017, civil investigative demand be and hereby is **ENFORCED**; and

**IT IS FURTHER ORDERED** that Respondent Fully Accountable, LLC comply in full with the Commission's civil investigative demand and produce to the Federal Trade Commission, within 10 days of the date of this Order, all responsive documents and information required by the civil investigative demand, along with a certificate of compliance as required by Sections 20(c)(11) and 20(c)(13) of the FTC Act, 15 U.S.C. §§ 57b-1(c)(11), (c)(13).

**IT IS SO ORDERED**.

Dated: August 13, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**