IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**FEDERAL TRADE COMMISSION**,
    Petitioner,

v.

**FULLY ACCOUNTABLE, LLC,**
    Respondent.

Misc. No.  5:18mc54

JUDGE SARA LIOI
Magistrate Judge George J. Limbert

## STATUS REPORT

The Federal Trade Commission submits this status report regarding Respondent Fully Accountable, LLC's compliance with the Court's Order dated August 13, 2018.  That Order required Fully Accountable to comply in full with the Commission's civil investigative demand (CID) within 10 days, or by August 23, 2018.

Fully Accountable made a production to the FTC on August 18, 2018 and separately provided a certificate of compliance dated August 23, 2018.  FTC staff is still reviewing this production but does not agree at this time that Fully Accountable has complied in full.  In the meantime, FTC staff has undertaken additional investigational steps to assess the completeness of the production and to

move the matter forward generally. The FTC respectfully offers to provide an updated status report at a future date of the Court's choosing.

                                              Respectfully submitted,

                                              ALDEN F. ABBOTT
                                              General Counsel

                                              LESLIE RICE MELMAN
                                              Assistant General Counsel for Litigation

                                              */s/ Burke W. Kappler*
                                              BURKE W. KAPPLER
                                              Attorney

                                              FEDERAL TRADE COMMISSION
                                              600 Pennsylvania Ave., N.W.
                                              Washington, DC 20580
                                              Tel.: (202) 326-2043
                                              Fax: (202) 326-2477
Dated: September 21, 2018.         Email: bkappler@ftc.gov

**Certificate of Service**

I hereby certify that on September 21, 2018, I served the foregoing Status Report by filing it with the CM/ECF system for the Northern District of Ohio, which provides a notification to all counsel appearing in this matter.

>    */s/ Burke W. Kappler*
>    BURKE W. KAPPLER