UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | CASE NO. 5:18MC54 |
| | ) | |
| Petitioner, | ) | JUDGE SARA LIOI |
| | ) | Magistrate Judge George J. Limbert |
| v. | ) | |
| | ) | |
| FULLY ACCOUNTABLE, LLC, | ) | <u>ORDER</u> |
| | ) | |
| Respondent. | ) | |

On September 21, 2018, Petitioner Federal Trade Commission ("Petitioner") filed a status report indicating that it was reviewing materials produced by Respondent Fully Accountable, LLC ("Respondent"), but had not yet determined whether Respondent had complied with Petitioner's civil investigative demand.  ECF Dkt. #15.  As of this date, Petitioner has not informed the Court whether it believes Respondent has complied with the civil investigative demand.  Accordingly, Petitioner is ordered to file a status report by November 7, 2018, updating the Court on the status of this case.

IT IS SO ORDERED.

Date: October 24, 2018  */s/George J. Limbert*
GEORGE J. LIMBERT
United States Magistrate Judge