# EX 7

Case: 5:18-mc-00054-SL  Doc #: 21-7  Filed:  11/28/18  1 of 11.  PageID #: 292

Rachel Scava <rachel.scava@fullyaccountable.com>

## Elevated Health
10 messages

**Rachel Scava** <rachel.scava@fullyaccountable.com>  Thu, Sep 27, 2018 at 10:41 AM
To: "Senturia, Harris" <hsenturia@ftc.gov>

Good Morning Harris,

I have received the Elevated Health CID from Sarah Scava. Please let me know some days and times for a call.

Thanks,

Rachel

--

Rachel Scava
CHIEF OPERATING OFFICER

T. 216-810-4705 x2203  [S] rscava


FULLY ACCOUNTABLE
Your Back Office Solution

 

**Ready to have your own Cutting-Edge Firm?**


TRUSTED ADVISOR    Check out Trusted Advisor now!

**Senturia, Harris** <HSENTURIA@ftc.gov>  Thu, Sep 27, 2018 at 11:12 AM
To: Rachel Scava <rachel.scava@fullyaccountable.com>
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

Good morning Rachel,

I take your email to indicate that you will be representing Sarah Scava for purposes of the CID issued to her. Thank you for reaching out.

We are available this afternoon for a call at 2PM, 2:30PM, or 3PM.

We are available tomorrow any time between 11AM and 3PM.

Please let us know what would work for you. Thank you.

Regards,

Harris

Harris A. Senturia
East Central Region
Federal Trade Commission
1111 Superior Avenue, Suite 200
Cleveland, Ohio 44114-2507
Tel: (216) 263-3420
Cell: (202) 256-0261
hsenturia@ftc.gov

---

**From:** Rachel Scava <rachel.scava@fullyaccountable.com>
**Sent:** Thursday, September 27, 2018 10:41 AM
**To:** Senturia, Harris <HSENTURIA@ftc.gov>
**Subject:** Elevated Health

[Quoted text hidden]

---

**Rachel Scava** <rachel.scava@fullyaccountable.com>  Thu, Sep 27, 2018 at 11:15 AM
To: "Senturia, Harris" <HSENTURIA@ftc.gov>
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

Yes, I will be representing Sarah Scava.

I am in a CLE all day tomorrow. What works on Monday?
[Quoted text hidden]

---

**Senturia, Harris** <HSENTURIA@ftc.gov>  Thu, Sep 27, 2018 at 2:20 PM
To: Rachel Scava <rachel.scava@fullyaccountable.com>
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

It would be better if we could speak this afternoon or tomorrow, as tomorrow is the end of the 14-day period for the initial meeting. Do you have any breaks during the CLE that you could use for the call?

As for Monday (10/1), we are free any time between 10AM and 1PM.


-Harris


**From:** Rachel Scava <rachel.scava@fullyaccountable.com>
**Sent:** Thursday, September 27, 2018 11:16 AM
**To:** Senturia, Harris <HSENTURIA@ftc.gov>
**Cc:** Jenkins, Adrienne M. <ajenkins@ftc.gov>
**Subject:** Re: Elevated Health

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

Rachel

--

Rachel Scava

CHIEF OPERATING OFFICER

T. 216-810-4705 x2203

rscava

**Ready to have your own Cutting-Edge Firm?**

Check out Trusted Advisor now!

--

Rachel Scava

CHIEF OPERATING OFFICER

T. 216-810-4705 x2203

rscava

[Image removed by sender. FA Linkedin]

**Ready to have your own Cutting-Edge Firm?**

[Image removed by sender. FA Trusted Advisor Logo]  Check out Trusted Advisor now!

---

**Rachel Scava** <rachel.scava@fullyaccountable.com>
To: "Senturia, Harris" <HSENTURIA@ftc.gov>
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

Thu, Sep 27, 2018 at 2:21 PM

I can do 4 pm EST today or 4 pm EST tomorrow.
[Quoted text hidden]

Rachel Scava
CHIEF OPERATING OFFICER

T. 216-810-4705 x2203    rscava

**FULLY ACCOUNTABLE**
Your Back Office Solution

**Ready to have your own Cutting-Edge Firm?**

FA TRUSTED ADVISOR    Check out Trusted Advisor now!

---

**19 attachments**

image001.jpg
1K

image002.jpg
1K

image003.jpg
1K

image004.jpg
1K

image005.jpg
1K

image003.jpg
1K

image003.jpg
1K

**image005.jpg**
1K

**image001.jpg**
1K

**image004.jpg**
1K

**image004.jpg**
1K

**image001.jpg**
1K

**image003.jpg**
1K

**image003.jpg**
1K

**image002.jpg**
1K

**image002.jpg**
1K

**image005.jpg**
1K

**image001.jpg**
1K

**image001.jpg**
1K

---

**Senturia, Harris** <HSENTURIA@ftc.gov>  Thu, Sep 27, 2018 at 2:35 PM
To: Rachel Scava <rachel.scava@fullyaccountable.com>
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

Neither of those times will work for us.

-Harris

**From:** Rachel Scava <rachel.scava@fullyaccountable.com>
**Sent:** Thursday, September 27, 2018 2:21 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Rachel Scava** <rachel.scava@fullyaccountable.com>  Thu, Sep 27, 2018 at 2:57 PM
To: "Senturia, Harris" <HSENTURIA@ftc.gov>
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

I will step out at 12noon tomorrow for a lunch to take a quick call.

You will have to call my cell phone: 330.819.3952
[Quoted text hidden]



Rachel Scava
CHIEF OPERATING OFFICER

T. 216-810-4705 x2205   rscava

 FULLY ACCOUNTABLE
Your Back Office Solution
 

### Ready to have your own Cutting-Edge Firm?

 TRUSTED ADVISOR   Check out Trusted Advisor now!

---

**12 attachments**

- image001.jpg 1K
- image002.jpg 1K
- image003.jpg 1K
- image004.jpg 1K
- image005.jpg 1K
- image001.jpg 1K
- image001.jpg 1K
- image004.jpg 1K
- image003.jpg 1K
- image005.jpg 1K
- image003.jpg 1K
- image002.jpg 1K

---

**Senturia, Harris** <HSENTURIA@ftc.gov>  Thu, Sep 27, 2018 at 3:00 PM
To: Rachel Scava <rachel.scava@fullyaccountable.com>
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

Thank you, we will do that.

-Harris

**From:** Rachel Scava <rachel.scava@fullyaccountable.com>
**Sent:** Thursday, September 27, 2018 2:57 PM

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

   [Quoted text hidden]
   [Quoted text hidden]

      [Quoted text hidden]
      [Quoted text hidden]

         [Quoted text hidden]
         [Quoted text hidden]

Rachel

--

Rachel Scava

CHIEF OPERATING OFFICER

Error! Filename not specified. T. 216-810-4705 x2203 Error! Filename not specified.

rscava

Error! Filename not specified.  Error! Filename not specified.  Error! Filename not specified.

**Ready to have your own Cutting-Edge Firm?**

Error! Filename not specified.  Error! Filename not specified.  Check out Trusted Advisor now!

Rachel Scava

CHIEF OPERATING OFFICER

Error! Filename not specified. T. 216-810-4705 x2203 Error! Filename not specified.

rscava

Error! Filename not specified.  Error! Filename not specified.  Error! Filename not specified.

**Ready to have your own Cutting-Edge Firm?**

Error! Filename not specified.  Error! Filename not specified.  Check out Trusted Advisor now!

[Quoted text hidden]

[Quoted text hidden]

---

**Rachel Scava** <rachel.scava@fullyaccountable.com>  Fri, Sep 28, 2018 at 11:52 AM
To: "Senturia, Harris" <HSENTURIA@ftc.gov>
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

Hi Harris,

Can you please call around 12:10? We are running a few minutes behind here.
[Quoted text hidden]

Rachel Scava
CHIEF OPERATING OFFICER

T. 216-810-4705 x2203  rscava

 **FULLY ACCOUNTABLE**
Your Back Office Solution
 

**Ready to have your own Cutting-Edge Firm?**


Check out Trusted Advisor now!

**12 attachments**

- image001.jpg 1K
- image002.jpg 1K
- image003.jpg 1K
- image004.jpg 1K
- image005.jpg 1K
- image004.jpg 1K
- image001.jpg 1K
- image005.jpg 1K
- image002.jpg 1K
- image001.jpg 1K
- image003.jpg 1K
- image003.jpg 1K

---

**Senturia, Harris** <HSENTURIA@ftc.gov>  
To: Rachel Scava <rachel.scava@fullyaccountable.com>  
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

Fri, Sep 28, 2018 at 11:55 AM

Yes, will call at 12:10. Thank you.

**From:** Rachel Scava <rachel.scava@fullyaccountable.com>  
**Sent:** Friday, September 28, 2018 11:52 AM

[Quoted text hidden]

[Quoted text hidden]

## Wednesday at 4PM works for us

1 message

**Senturia, Harris** <HSENTURIA@ftc.gov>  Mon, Oct 1, 2018 at 4:42 PM
To: Rachel Scava <rachel.scava@fullyaccountable.com>
Cc: "Jenkins, Adrienne M." <ajenkins@ftc.gov>

Good afternoon Rachel,

Following up on our call this morning, I wanted to let you know that a call on Wednesday, October 3, at 4PM will work for us. Thank you.

Regards,

Harris

Harris A. Senturia
East Central Region
Federal Trade Commission
1111 Superior Avenue, Suite 200
Cleveland, Ohio 44114-2507
Tel: (216) 263-3420
Cell: (202) 256-0261
hsenturia@ftc.gov