# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, Petitioner, v. **FULLY ACCOUNTABLE, LLC,** Respondent. | Misc. No. 5:18mc54 <br><br> JUDGE SARA LIOI <br> Magistrate Judge George J. Limbert |

## [PROPOSED] ORDER

Upon consideration of Petitioner Federal Trade Commission's Unopposed Motion for Extension of Time and supporting points and authorities,

**IT IS HEREBY ORDERED** that Petitioner's Unopposed Motion for Extension of Time be, and hereby is, **GRANTED**;

**IT IS FURTHER ORDERED** that Petitioner file its response to Respondent Fully Accountable, LLC's Petition to Enforce Petition to Quash and Limit [Doc. 21] on or before January 11, 2019.

**IT IS SO ORDERED.**

_____

Date: December \_\_\_\_, 2018

GEORGE J. LIMBERT
UNITED STATES MAGISTRATE JUDGE