IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, Petitioner, v. **FULLY ACCOUNTABLE, LLC,** Respondent. | Misc. No. 5:18mc54 JUDGE SARA LIOI Magistrate Judge George J. Limbert |

**STATUS REPORT FOR DECEMBER 21, 2018**

The Federal Trade Commission submits this status report regarding Respondent Fully Accountable, LLC's compliance with the Court's Order dated August 13, 2018. That Order required Fully Accountable to comply in full with the Commission's 2017 civil investigative demand (CID) within 10 days, or by August 23, 2018.

Since our last report on November 26, 2018, *see* Doc. 19, Fully Accountable filed with the Court a "Petition to Enforce Petition to Quash and Limit" (Petition). Doc. 21. This Petition asks the Court to overturn the Commission's denial of administrative petitions to limit or quash civil investigative demands (CIDs) the FTC issued to Fully Accountable and to Sarah Scava, a former employee.

The FTC is currently preparing its response to this Petition. After the FTC sought a brief extension due to counsel's holiday travel schedule, the Court granted that request, making the FTC's response now due on January 11, 2019. *See* Docs. 22, 23.

The FTC respectfully offers to provide an updated status report at a future date of the Court's choosing.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ALDEN F. ABBOTT<br>General Counsel |
|  | LESLIE RICE MELMAN<br>Assistant General Counsel for Litigation |
|  | */s/ Burke W. Kappler*<br>BURKE W. KAPPLER<br>Attorney |
|  | FEDERAL TRADE COMMISSION<br>600 Pennsylvania Ave., N.W.<br>Washington, DC 20580<br>Tel.: (202) 326-2043<br>Fax: (202) 326-2477 |
| Dated: December 21, 2018. | Email: bkappler@ftc.gov |

## Certificate of Service

    I hereby certify that on December 21, 2018, I served the foregoing Status Report for December 21, 2018 by filing it with the CM/ECF system for the Northern District of Ohio, which provides a notification to all counsel appearing in this matter.

                                          */s/ Burke W. Kappler*
                                          BURKE W. KAPPLER