UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | CASE NO.  5:18MC54 |
| | ) | |
| Petitioner | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | Magistrate Judge George J. Limbert |
| | ) | |
| FULLY ACCOUNTABLE, LLC | ) | |
| | ) | **ORDER** |
| Defendant | ) | |

Upon consideration of Petitioner, Federal Trade Commission's, Unopposed Motion for Extension of Time and supporting points and authorities,

**IT IS HEREBY ORDERED** that Petitioner's Unopposed Motion for Extension of Time be, and hereby is, **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner file its response to Respondent, Fully Accountable, LLC's, Petition to Enforce Petition to Quash and Limit (Dkt. No. 21) on or before February 4, 2019.

**IT IS SO ORDERED.**

Dated: February 1, 2019                               /s/George J. Limbert
                                                                      GEORGE J. LIMBERT
                                                                      U.S. MAGISTRATE JUDGE