UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | **CASE NO**.  5-18-MC-54 |
| | ) | |
| Petitioner, | ) | **JUDGE SARA LIOI** |
| | ) | Magistrate Judge George J. Limbert |
| | ) | |
| v. | ) | |
| | ) | |
| FULLY ACCOUNTABLE, LLC | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court, Northern District of Ohio, Fully Accountable, LLC. respectfully moves this Court to grant leave for attorney Joseph Lipari to appear *pro hac vice* in this action on its behalf.  In support of the motion, the undersigned asserts the following:

1. Mr. Lipari is a partner in the Sultzer Law Group, PC, with a business address of 85 Civic Center Plaza, Suite 200, Poughkeepsie, NY.  His business telephone number is 845-483-7100 and his business facsimile is 888-749-7747.  His email address is liparij@thesultzerlawgroup.com.

2. The affidavit of Mr. Lipari, which is offered in support of this Motion and contains the specific information required by Local Rule 83.5(h) is attached hereto as Exhibit A.

3. As noted in his affidavit, Mr. Lipari is a member in good standing of the courts in which he is admitted.  There have been no disciplinary proceedings filed or instituted

against him. He has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor has he ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Dated: February 22, 2019

>Respectfully submitted,
>
>*/s/ Gregory P. Barwell*
>Gregory P. Barwell  (0070545)
>Wesp Barwell, LLC
>100 East Broad Street, Suite 2350
>Columbus, Ohio 43215
>Telephone:  (614) 778-0899
>Facsimile:  (614) 456-0488
>Email:  gbarwell@wesplaw.com
>*Attorney for Respondent Fully Accountable, LLC*

**Certificate of Service**

I hereby certify that on the 22nd day of February, 2019, I presented the foregoing Petition for Notice of Appearance to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Burke Kappler, Esq. Federal Trade Commission, 600 Pennsylvania Ave. NW, Washington DC 20580.

Respectfully Submitted,

*/s/ Gregory P. Barwell*
Gregory P. Barwell  (0070545)
Wesp Barwell, LLC
100 East Broad Street, Suite 2350
Columbus, Ohio 43215
Telephone:  (614) 778-0899
Facsimile:  (614) 456-0488
Email:  gbarwell@wesplaw.com
*Attorney for Respondent Fully Accountable, LLC*